

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2022

No. 04-21-00540-CV

Gloria B. **GIRON**,
Appellant

v.

**BROOKFIELD GLOBAL RELOCATION SERVICES, LLC** and Corey Peters,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17606
Honorable Tina Torres, Judge Presiding

## O R D E R

On February 3, 2022, appellant filed a motion for extension of time to file her brief. Appellant's motion states her brief is due on February 4, 2022. However, our records show that the clerk's record has not yet been filed and is not due until March 8, 2022. Accordingly, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a). We therefore deem appellant's motion prematurely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court